# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FLEET CONNECT SOLUTIONS LLC, a Texas Limited Liability Company, Plaintiff, v. GENTRIFI, LLC, a Texas limited liability company, Defendant. | Case No. 2:20-cv-00370-JRG-RSP |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff FLEET CONNECT SOLUTIONS LLC and Defendant GENTRIFI, LLC, by and through their respective counsel, hereby file this Joint Stipulation of Dismissal with Prejudice, dismissing all claims in this action, subject to the terms of that certain agreement titled "Confidential Settlement and Patent License Agreement," dated August 24, 2021. Each party shall bear its own fees, costs, and expenses.

Date: <u>August 30, 2021</u>                                       Respectfully submitted,

/s/ *James F. McDonough, III*
James F. McDonough, III (GA 117088)*
Jonathan R. Miller (GA 507179)*
Travis E. Lynch (GA 162373)*
**HENINGER GARRISON DAVIS, LLC**
3621 Vinings Slope – Suite 4320
Atlanta, Georgia 30339
Telephone: (404) 996-0869, -0863, -0867
Facsimile: (205) 547-5504, -5506, -5515
Email: jmcdonough@hgdlawfirm.com
Email: jmiller@hgdlawfirm.com
Email: tlynch@hgdlawfirm.com

Timothy C. Davis (AL ASB-6834-D63T, FL 571880)*
**HENINGER GARRISON DAVIS, LLC**
2224 1st Avenue North
Birmingham, Alabama 35203
Telephone: (205) 326-3336
Facsimile: ((205) 326-3332
Email: tim@hgdlawfirm.com

C. Matthew Rozier (CO No. 46854) *
**ROZIER & HARDT PLLC**
2590 Walnut Street
Suite 10
Denver, Colorado 80205
Telephone: (202) 316-1591
Email: matt@rh-trial.com

Jonathan L. Hardt (TX No. 24039906)*
**ROZIER & HARDT PLLC**
1105 Nueces Street
Austin, Texas 78701
Telephone: (210) 289-7541
Email: hardt@rh-trial.com

*Attorneys for Plaintiff,*
**FLEET CONNECT SOLUTIONS LLC**
* admitted to practice in E.D. Tex.

Date: <u>August 30, 2021</u>   Respectfully submitted,

*/s/Akshay Deoras#*
K. Todd Phillips (TX No. 24002767)
Brett Pinkus, (TX No. 24076625)
**WICK PHILLIPS**
3131 McKinney Ave Ste 500
Dallas, Texas 75204-2430
Telephone: (214) 692-6200
Facsimile: (214) 692-6255
Email: todd.phillips@wickphillips.com
Email: brett.pinkus@wickphillips.com

Adam Alper **
Akshay Deoras **
Barbara Barath*
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: adam.alper@kirkland.com
Email: akshay.deoras@kirkland.com
Email: barbara.barath@kirkland.com

Michael De Vries*
**KIRKLAND & ELLIS LLP**
555 South Flower Street Suite 3700
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (2130 680-8500
Email: michael.devries@kirkland.com

Ryan Kane **
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: ryan.kane@kirkland.com

*Counsel for Defendant,* **GENTRIFI, LLC**
* admitted to practice in E.D. Tex.
** admitted *pro hac vice*
# *e-signed with express permission*

E.D. Tex. No. 2:20-cv-00370                                                                                         Page |3
**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

## CERTIFICATE OF SERVICE

  I hereby certify that on this day a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.

Dated: August 30, 2021

By: */s/ James F. McDonough, III*
James F. McDonough, III
